PW:SM/AA
F.# 2004R00120

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - -X

UNITED STATES OF AMERICA

    - against -

LEROY MICHEL,
    also known as "Baboo,"
SHAWN BARBER and
KRISIA JEMISON,

                Defendants.

- - - - - - - - - - - - - - - - -X

FILED
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y
★ JUN 13 2005 ★
BROOKLYN OFFICE

I N D I C T M E N T

CR 05 - 462
(T. 21, U.S.C., §§
841(b)(1)(A)(i), 853(p),
846, 960(a)(1), 960(b)(1)(A)
and 963; T. 18, U.S.C.,
§§ 3551 et seq.)

GLASSER, J.
POHORELSKY, M.J.

THE GRAND JURY CHARGES:

COUNT ONE

1. In or about and between February 2002 and September 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LEROY MICHEL, also known as "Baboo," and KRISIA JEMISON, together with others, did knowingly and intentionally conspire to import a controlled substance into the United States from a place outside thereof, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 952(a).

(Title 21, United States Code, Sections 963, 960(a)(1) and 960(b)(1)(A); Title 18, United States Code, Sections 3551 et seq.)

## COUNT TWO

2. In or about and between February 2002 and September 2004, both dates being approximate and inclusive, within the Eastern District of New York and elsewhere, the defendants LEROY MICHEL, also known as "Baboo," SHAWN BARBER and KRISIA JEMISON, together with others, did knowingly and intentionally conspire to distribute and possess with intent to distribute a controlled substance, which offense involved one kilogram or more of a substance containing heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Section 841(a)(1).

(Title 21, United States Code, Sections 846 and 841(b)(1)(A)(i); Title 18, United States Code, Sections 3551 et seq.)

## CRIMINAL FORFEITURE ALLEGATIONS

3. The United States hereby gives notice to the defendants charged in Counts One and Two, that upon their conviction of either offense, the government will seek forfeiture in accordance with Title 21, United States Code, Section 853, which requires any person convicted of such offenses to forfeit any property constituting, or derived from, proceeds obtained, directly or indirectly, and any property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such offenses, including but not limited to, the following:

a. <u>MONEY JUDGMENT</u>

A sum of money equal to $1,800,000.00 in United States currency for which the defendants are jointly and severally liable.

4. If any of the above-described forfeitable property, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), to seek forfeiture of any other property of the defendants up to the value of the forfeitable property described in this forfeiture allegation, including but not limited to all right, title and interest in the real property and premises known as 1906 Irving Street NE,

Washington, DC held in the name of Felicia M. Abney-Barber.

(Title 21, United States Code, Section 853(p))

A TRUE BILL

_____
FOREPERSON

_____
ROSLYNN R. MAUSKOPF
UNITED STATES ATTORNEY
EASTERN DISTRICT OF NEW YORK

No. _____  Action: *Criminal*

# UNITED STATES DISTRICT COURT

EASTERN *District of* NEW YORK

CRIMINAL *Division*

vs.

LEROY MICHEL aka "Baboo," SHAWN BARBER
and KRISIA JEMISON,

Defendant(s).

## INDICTMENT

(T. 21, U.S.C., 841(b)(1)(A)(i), 853(p),
846, 960(a)(1), 960(b)(1)(A) and 963;
T. 18, U.S.C., §§ 3551 et seq.)

A true bill.

_____
Foreman

Filed in open court this _____ day,

of _____ A.D 19 _____

_____
Clerk

Bail, $ _____

ADAM ABENSOHN, AUSA - (718) 254-6143